**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 722 MAL 2016
:
          Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
         v. :
:
:
ABEL TINOCO, :
:
         Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.